PER CURIAM.

(No. 73-CC-237

THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 8, 1973.*

JOHN W. COSTELLO, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.